```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IVAN BERRIOS-CINTRON,     * <br>     Plaintiff          * <br>        v.                 * <br> CAPITOL FOOD, INC., et al., * <br>     Defendants         * | CIVIL NO. 06-2226 (JP) |

**PARTIAL JUDGMENT**

The Court has before it Plaintiff's "Notice of Voluntary Dismissal" (**No. 27**) in which Plaintiff withdraws his Americans With Disabilities Act ("ADA") claim against Defendants. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court **ENTERS JUDGMENT DISMISSING WITHOUT PREJUDICE** Plaintiff's ADA claim against Defendants. All other claims set forth in Plaintiff's Complaint remain before the Court.

This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of June, 2007.

                                              s/Jaime Pieras, Jr.
                                                JAIME PIERAS, JR.
                                     U.S. SENIOR DISTRICT JUDGE